424 A.2d 494

**COMMONWEALTH of Pennsylvania**

v.

**Clinton JONES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1980.

Decided Jan. 27, 1981.

Carl E. Watts, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Sarah B. Vandenbraak, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

**PER CURIAM:**

Judgment of sentence of the Court of Common Pleas of Philadelphia County is affirmed.